IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| v. | § | EP-15-CR-00416-FM |
| BELIA MENDOZA, MARGARITA HERNANDEZ, and DENISE DUCHENE, | § | |
| Defendants. | § | |

## VERDICT FORM

### COUNT ONE

### CONSPIRACY TO DEFRAUD THE UNITED STATES

AS TO THE CHARGE OF CONSPIRACY TO DEFRAUD THE UNITED STATES, WE THE JURY UNANIMOUSLY FIND:

BELIA MENDOZA: _Guilty_

MARGARITA HERNANDEZ: _Guilty_

DENISE DUCHENE: _Guilty_

## COUNT TWO

**AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 9, 2009 FILING ON BEHALF OF TAXPAYER M.G.)**

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND BELIA MENDOZA: _Guilty_

## COUNT THREE

**AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 9, 2009 FILING OF TAXPAYER A.G.)**

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND BELIA MENDOZA: _Guilty_

## COUNT FIVE

**AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 23, 2009 FILING OF TAXPAYER S.O.)**

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND BELIA MENDOZA: _Guilty_

## COUNT SIX

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 15, 2010 FILING OF TAXPAYER A.G.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND BELIA MENDOZA: _Guilty_

## COUNT SEVEN

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE MARCH 14, 2011 FILING ON BEHALF OF TAXPAYER M.G.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND BELIA MENDOZA: _Guilty_

## COUNT EIGHT

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 22, 2010 FILING ON BEHALF OF TAXPAYER C.P.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT TEN

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 14, 2011 FILING ON BEHALF OF TAXPAYER C.R.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT ELEVEN

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 25, 2011 FILING ON BEHALF OF TAXPAYER S.O.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT TWELVE

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE MARCH 14, 2011 FILING ON BEHALF OF TAXPAYER C.D.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT THIRTEEN

AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE APRIL 4, 2011 FILING ON BEHALF OF TAXPAYER A.R.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT FOURTEEN

AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE APRIL 18, 2011 FILING ON BEHALF OF TAXPAYER L.L.D.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT FIFTEEN

AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE JUNE 6, 2011 FILING ON BEHALF OF TAXPAYERS S.O. AND L.O.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND MARGARITA HERNANDEZ: _Guilty_

## COUNT SIXTEEN

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE APRIL 12, 2010 FILING ON BEHALF OF TAXPAYER C.D.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND DENISE DUCHENE: __Guilty__

## COUNT EIGHTEEN

### AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS (REGARDING THE FEBRUARY 7, 2011 FILING ON BEHALF OF TAXPAYER D.C.)

AS TO THE CHARGE OF AIDING OR ASSISTING IN PREPARATION OF FALSE DOCUMENTS UNDER INTERNAL REVENUE LAWS, WE THE JURY UNANIMOUSLY FIND DENISE DUCHENE: __Guilty__

SIGNED ON THIS __2__ DAY OF FEBRUARY

FOREPERSON